UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ray Swanson, | ) COURT MINUTES – CIVIL |
| | ) BEFORE:  TONY N. LEUNG |
| | ) U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) |
| | ) Case No:         12-cv-1418 PAM/TNL |
| v. | ) Date:               December 9, 2013 |
| | ) Courthouse:    St. Paul |
| KeHeung Anderson, | ) Courtroom:      3A |
| | ) Time Commenced:  10:15 AM |
| Defendant. | ) Time Concluded:    5:20 PM |
| | ) Time in Court:        7 Hours & 5 Minutes |
| | ) |

Hearing on:   **SETTLEMENT CONFERENCE**

**APPEARANCES:**

Plaintiff:      Kathryn Bennett, Robert Bennett, Theodore Swanson

Defendant:   Sarah C. S. McLaren, KeHeung Anderson, Patsy Hodges, Tony Diaz

**PROCEEDINGS:**

X      Settlement reached.   Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

☐      No settlement reached.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

                                                                                                *s/J. Dunbar Fannemel*
                                                                                                Judicial Assistant