UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ray Swanson, as parent and natural
guardian of T.S., a minor,                        Court File No.: 12-CV-1418 (PAM/TNL)

                    Plaintiff,

        v.                                    **STIPULATION OF SUBSTITUTION
                                                OF PARTIES AND DISMISSAL
KeHeung Anderson, acting in his                      WITH PREJUDICE**
individual capacity as a Minneapolis
Police officer,

                    Defendant.

_____

        The parties, by and through their undersigned counsel, stipulate that the

City of Minneapolis should be substituted in as the Defendant in the above-

captioned matter.  Pursuant to this stipulation and the prior stipulation of the

parties (Doc. 15), the caption should read: "Theodore Swanson, Plaintiff v. City of

Minneapolis, Defendant."

        The parties, by and through their undersigned counsel, further stipulate

that all claims shall be dismissed with prejudice and without costs to either party.

1

## STIPULATION OF SUBSTITUTION OF PARTIES
## AND DISMISSAL WITH PREJUDICE
### *Swanson v. Yang, et al.*
United States District Court File 12-CV-1418 (PAM/TNL)


Dated:  December 16, 2013         s/ *Kathryn H. Bennett*_____
                                  ROBERT BENNETT (#6713)
                                  KATHRYN H. BENNETT (#392087)
                                  Gaskins, Bennett, Birrell, Schupp, LLP
                                  333 South Seventh Street, Suite 3000,
                                  Minneapolis, MN  55402
                                  Telephone: 612-333-9536
                                  Facsimile: 612-333-9579
                                  rbennett@gaskinsbennett.com
                                  kbennett@gaskinsbennett.com

                                  **Attorneys for Plaintiff**



Dated:  January 10, 2014          SUSAN L. SEGAL
                                  City Attorney
                                  By

                                  s/ *Sarah McLaren*_____
                                  TIMOTHY S. SKARDA, #10176X
                                  SARAH C.S. MCLAREN (#345878)
                                  Assistant City Attorneys
                                  Room 210, City Hall
                                  350 South Fifth Street
                                  Minneapolis, MN  55415
                                  Telephone: 612-673-2553
                                  Facsimile: 612-673-3362
                                  Timothy.Skarda@ci.minneapolis.mn.us
                                  sarah.mclaren@minneapolismn.gov

                                  **Attorneys for Defendant**


2