UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ray Swanson, as parent and natural
guardian of T.S., a minor,

        Court File No.: 12-CV-1418 (PAM/TNL)

    Plaintiff,

v.        **ORDER**

KeHeung Anderson, acting in his
individual capacity as a Minneapolis
Police officer,

    Defendant.

———

Pursuant to the stipulations of the parties (Docs. 15 and 19), the Court Orders the following:

(1) Theodore Swanson is substituted in as the Plaintiff in this matter;

(2) The City of Minneapolis is substituted in as the Defendant in this matter;

(3) The caption of this matter should read "Theodore Swanson, Plaintiff v. City of Minneapolis, Defendant"; and

(4) All claims in this action are hereby dismissed with prejudice and without costs to either party.

Dated: January 13, 2014        s/Paul A. Magnuson
                                            Paul A. Magnuson
                                            United States District Judge